**No. 10-9910. Randy James Jangula, Petitioner v. United States.**

563 U.S. 998, 131 S. Ct. 2467, 179 L. Ed. 2d 1229, 2011 U.S. LEXIS 3675.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 407 Fed. Appx. 234.

**No. 10-9914. Darrell Triplett, Petitioner v. United States.**

563 U.S. 998, 131 S. Ct. 2467, 179 L. Ed. 2d 1229, 2011 U.S. LEXIS 3767.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 402 Fed. Appx. 344.

**No. 10-9917. Gary Zierke, Petitioner v. United States.**

563 U.S. 998, 131 S. Ct. 2468, 179 L. Ed. 2d 1229, 2011 U.S. LEXIS 3800.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-9919. Kendall Schuyler, Petitioner v. United States.**

563 U.S. 998, 131 S. Ct. 2468, 179 L. Ed. 2d 1229, 2011 U.S. LEXIS 3717.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 407 Fed. Appx. 649.

**No. 10-9921. Jose Raymundo Contreras-Hernandez, Petitioner v. United States.**

563 U.S. 998, 131 S. Ct. 2468, 179 L. Ed. 2d 1229, 2011 U.S. LEXIS 3643.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 628 F.3d 1169.

**No. 10-9925. Ricardo Ruiz Montes, Petitioner v. United States.**

563 U.S. 999, 131 S. Ct. 2468, 179 L. Ed. 2d 1229, 2011 U.S. LEXIS 3805,

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 628 F.3d 1183 and 421 Fed. Appx. 670.

**No. 10-9927. Jabsie Dwayne Lewis, Petitioner v. United States.**

563 U.S. 999, 131 S. Ct. 2468, 179 L. Ed. 2d 1229, 2011 U.S. LEXIS 3683.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 406 Fed. Appx. 306.

**No. 10-9932. Ryan Wheeler, Petitioner v. Gerald L. Rozum, Superintendent, State Correctional Institution at Somerset, et al.**

563 U.S. 999, 131 S. Ct. 2469, 179 L. Ed. 2d 1229, 2011 U.S. LEXIS 3714.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 410 Fed. Appx. 453.